# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID M. COOK, Jr.<br><br>    Plaintiff,<br><br>v.<br><br>LAURA TACKACS, et al.<br><br>    Defendants. | Case No.  1:18-cv-01982<br><br>JUDGE DONALD C. NUGENT<br><br>**EMERGENCY MOTION TO CONTINUE** |

COMES NOW, David M. Cook, Jr. by and through his attorneys, and respectfully request a continuance of the June 4, 2019 Status Conference.  An immediate family member of Attorney Michela Huth has emergency surgery in the morning, as a result of an accident, which occurred today.

Therefore, Plaintiff requests this Court continue this conference.

Respectfully submitted,

 /s/ Michela Huth
MICHELA HUTH
(OH Reg. No. 0091353)
PO Box 17
Bolivar, OH 44612
Phone:  330-440-4027
Email:  michelahuth.esq@gmail.com
*Attorney for Plaintiff*

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
(NY Reg. No. 1637677)
120-82 Queens Blvd.
Kew Gardens, NY 11415
Phone: 718-261-0200
Fax: 718-793-2791
Email: richard@thedoglawyer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above Motion was sent via electronic means through this Honorable Court's electronic filing and by regular U.S. Mail to Defendants without emails indicated this 3rd day of June, 2019.

                                                                  /s/ Michela Huth
                                                                MICHELA HUTH